**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carla Rene BEGAYE, Defendant–Appellant.**

No. 06–10188.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 20, 2007.

Raynette M. Logan, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Jason R. Leonard, Esq., Leonard Law Offices, PC, Phoenix, AZ, for Defendant–Appellant.

Carla Rene Begaye, Florence, AZ, pro se.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM **

Carla Rene Begaye appeals from her jury-trial conviction and 33–month sentence for harboring illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967),

Begaye's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

